Richard Patrick STACH, Petitioner—Appellant,

v.

Bobby SHEARIN, Respondent—Appellee.

No. 03–6955.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 31, 2003.

Decided Nov. 10, 2003.

Richard Patrick Stach, pro se.

Allen F. Loucks, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILKINSON and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Richard Patrick Stach, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Stach v. Shearin,* No. CA–02–3558 (D.Md. May 30, 2003). The motion to consolidate is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*